**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**THOMAS REA**                                                                                        **PLAINTIFF**

**V.**                                **4:08CV04212-WRW**

**WAL-MART STORE 1105**                                            **DEFENDANT**

## ORDER

A telephone conference was held October 27, 2009, on the Motion to Withdraw as Attorney (Doc No. 34) filed by Douglas W. Coy, appointed counsel for Mr. Rea, and the Motion for Sanctions (Doc No. 35) filed by Wal-Mart. Motion to Withdraw is GRANTED and the Motion for Sanctions is DENIED.

The Plaintiff is directed to sign the Authorization for Release of Information and hand-deliver it, if necessary, to counsel for Defendant by Friday, October 30, 2009 at 5:00 p.m. The trial of this matter, set for Tuesday, February 2, 2010, will be continued and a new Scheduling Order will be issued.

FURTHER, IT IS ORDERED that Attorney Michael J. Emerson, Barber, McCaskill, Jones & Hale, P.A., 400 West Capitol Avenue, Suite 2700, Little Rock, Arkansas, is hereby appointed, in conformity with Rule 83.7 of the Local Rules for the Eastern and Western Districts of Arkansas, to represent the Plaintiff in all further proceedings.

THE CLERK IS DIRECTED to send counsel a copy of this Order and Local Rule 83.7. Counsel shall access the file from CM/ECF. If counsel is unable to obtain a copy of the file from CM/ECF, counsel should contact Mary Johnson at 501-604-5144, and a copy of the file, or any

portion thereof, will be provided free of charge.  Pursuant to Rule 83.7, counsel must make written application to withdraw within fifteen (15) days; otherwise, the appointment will be effective.

  IT IS SO ORDERED this 28th day of October, 2009.


                /s/Wm. R. Wilson, Jr.
              UNITED STATES DISTRICT JUDGE

ord.withdrawcounsel.Rea.wpd