IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**THOMAS REA**                                                                                                     **PLAINTIFF**

**4:08-CV-04212-WRW**

**WAL-MART STORES, INC.**                                                            **DEFENDANT**

## **JUDGMENT**

Based on the Order entered today, granting Defendant's Motion for Summary Judgment, this case is DISMISSED.

IT IS SO ORDERED this 2nd day of September, 2010.

                                                       /s/ Wm. R. Wilson, Jr._____
                                                        UNITED STATES DISTRICT JUDGE